Approved.

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITES STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO DIVISION

-------------------------------------------------------------------------x

Autumn Heyman, individually and on behalf of all others similarly situated;

                    Plaintiff,

-v.-

SIMM Associates, Inc.,

and

John Does 1-25

                    Defendants.

-------------------------------------------------------------------------x

Civil Action No:
3:20-cv-02265-JJH

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against the Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: February 25, 2021

                    Respectfully Submitted,

                    /s/Amichai E Zukowsky
                    Amichai E. Zukowsky, Esq.
                    Zukowsky Law, LLC
                    23811 Chagrin Blvd, Suite 160
                    Beachwood, OH 44122
                    Phone: 216.800.5529
                    Email: ami@zukowskylaw.com
                    *Attorneys for Plaintiff*

**Certificate of Service**

    I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 25th day of February, 2021        Respectfully Submitted,

                                                            */s/ Amichai E Zukowsky*
                                                            Amichai E Zukowsky